**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **LAVONNE BRYANT,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**CAROLYN W. COLVIN,**<br>**Acting Commissioner of the Social**<br>**Security Administration,**<br><br>        **Defendant.** | Case No. CV 13-03800 AJW<br><br>**ORDER AWARDING ATTORNEYS'**<br>**FEES UNDER THE EQUAL ACCESS**<br>**TO JUSTICE ACT** |

Pursuant to the terms of the parties' stipulation, plaintiff is awarded attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of three thousand, six hundred dollars and no cents ($3,600.00).

**IT IS SO ORDERED.**

June 11, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge